# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN INGRAM, III, : | |
| Plaintiff, : | |
| : | Civil Action |
| v. : | |
| : | No. 24-00174 |
| ABINGTON SCHOOL DISTRICT : | |
| AUTHORITY, : | |
| : | |
| Defendant. : | |

## ORDER

**AND NOW**, this 20th day of June, 2024, upon consideration of Defendant Abington School District Authority's (partial) Motion to Dismiss Plaintiff's Amended Complaint for Failure to Sate a Claim (ECF No. 10), and all papers submitted in support thereof and in opposition thereto, it is hereby **ORDERED** that said Motion will be **GRANTED** in part and **DENIED** in part as follows:

1. Plaintiff's claims for race or color retaliation under Counts One and Four of the Amended Complaint are hereby **DISMISSED with prejudice** based on the agreement reached between the Parties.

2. The term "race/color" in Paragraph 53(f) of the Amended Complaint is hereby **STRICKEN and REPLACED** with the term "protected activity."

3. Defendant's Motion to Dismiss is **DENIED** in all other respects.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
Judge John Milton Younge