# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN INGRAM, III,<br>    Plaintiff, | : <br> : <br> : | Civil Action |
| vs. | : <br> : | No. 24-cv-174-JMY |
| ABINGTON SCHOOL DISTRICT<br>AUTHORITY,<br>    Defendant. | : <br> : <br> : | |

## ORDER

**AND NOW**, this 3rd day of July, 2025, upon consideration of Defendant Abington School District Authority's uncontested *Motion for Summary Judgment* (ECF No. 20), and all papers submitted in support thereof and opposition thereto, it is hereby **ORDERED** that said Motion is **GRANTED** for the reasons set forth in the accompanying Memorandum filed along with this Order.

The Clerk of Court is **DIRECTED** to mark this matter closed.

**IT IS SO ORDERED.**

                                                **BY THE COURT**:

                                                /s/ John Milton Younge
                                                Judge John Milton Younge